UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS AIRLINE DIVISION,

       Plaintiff,                      Case No. 2:10-cv-00203-LA

      v.

FRONTIER AIRLINES, INC. and
REPUBLIC AIRWAYS HOLDINGS, INC.,

       Defendants.

---

## DECLARATION OF NORMAN QUANDT IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL STAY AND POSTING OF A BOND

---

I, Norman A. Quandt, declare that the following is true and correct:

1. I am a partner in the law firm of Ford & Harrison LLP and am lead counsel for Defendants in the above captioned case.

2. During my 33 year career as a lawyer representing management in labor and employment matters I have primarily handled litigation. I have handled several hundred lawsuits at the trial and appellate level for the past decade almost exclusively in the area of Railway Labor Act, 45 U.S.C. §§ 151 et seq. I have been admitted to handle cases at one time or another in every United States Court of Appeal with the exception of the First Circuit.

3. I have prepared and/or reviewed my firm's bills in dozens of appellate cases in my career. Based on my extensive experience in these matters I would estimate that my law firm will end up charging Defendants approximately $50,000 for our professional services handling the interlocutory appeal in this case. This estimate breaks down as follows:

--5 days of junior associate level work researching 7th Circuit authority setting forth standard for ruling on an interlocutory appeal, plus updating research on case law supporting representation dispute argument, plus "unclean hands" argument on appeal = $7,500.
--10 days of senior associate/junior partner level work preparing initial draft of Appellate brief = $20,000.
--10 days of partner level work editing and revising brief, preparing for and handling oral argument before 7th Circuit = $22,500.
Grand total = $50,000.

4. If anything, I believe these estimates are conservative. They also do not include the professional fees that local counsel will charge in connection with their assisting with this project.

Pusuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 24, 2010.

_____
Norman Quandt