# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**INTERNATIONAL BROTHERHOOD**
**OF TEAMSTERS AIRLINE DIVISION**
      **Plaintiff,**

      v.                                         Case No. 10-C-0203

**FRONTIER AIRLINES, INC. and**
**REPUBLIC AIRWAYS HOLDINGS, INC.**
      **Defendants.**

## DECISION AND ORDER

In compliance with the mandate of the United States Court of Appeals for the Seventh Circuit, I must modify the injunction such that its continuance is conditioned on the union's prompt application to the National Mediation Board for a ruling on the representation of Frontier's mechanics and stock clerks. The parties have submitted proposed modified injunctions, and a dispute has arisen as to whether the injunction will specify the arguments the union is permitted to present to the Board. I do not understand the Seventh Circuit to have placed any restrictions on the arguments the parties may advance before the board. The only specified condition on the injunction's continuance is the union's filing an application for a determination as to whether the union still represents the relevant mechanics and stock clerks. For this reason, I will not modify the injunction other than by including this condition.

**THEREFORE, IT IS ORDERED** that the Clerk of Court enter the attached modified injunction.

Dated at Milwaukee, Wisconsin, this 17th day of March, 2011.

/s_____
LYNN ADELMAN
District Judge